Fred W. Schwinn (SBN 225575)
fred.schwinn@sjconsumerlaw.com
Jovanna R. Longo (SBN 251491)
jovanna.longo@sjconsumerlaw.com
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190

Attorneys for Plaintiff
JO ANNE GRAFF

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JO ANNE GRAFF,<br><br>                    Plaintiff,<br><br>v.<br><br>LAW OFFICE OF HARRIS & ZIDE, a general partnership, and FLINT COREY ZIDE, individually and in his official capacity,<br><br>                    Defendants. | Case No.   C08-02818-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, JO ANNE GRAFF, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, JO ANNE GRAFF, hereby dismisses, with prejudice, all claims made by her against LAW OFFICE OF HARRIS & ZIDE and FLINT COREY ZIDE in her Complaint filed herein on June 5, 2008.  Plaintiff further notifies the Court that her dispute with Defendants has been settled.

                                                                                    CONSUMER LAW CENTER, INC.

                                                                                    By: /s/ Fred W. Schwinn
                                                                                         Fred W. Schwinn, Esq.
                                                                                         Attorney for Plaintiff
                                                                                         JO ANNE GRAFF